# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALFRED JOHNSON, | ) CASE NO. 1:23-CV-02193 |
| Plaintiff, | ) |
| v. | ) JUDGE JAMES S. GWIN |
| CITY OF CLEVELAND, *et al.*, | ) |
| Defendants. | ) Magistrate Judge Jennifer Dowdell Armstrong |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Now come Defendants, City of Cleveland, Dornat Drummond, Joellen O'Neill, and Jarod Schlacht, and move this Court under Fed. R. Civ. P. 12(c) for judgment on the pleadings because, among other things, Plaintiff Alfred Johnson failed to exhaust his administrative remedies before filing suit. A memorandum in support is attached.

MARK GRIFFIN (0064141)
Director of Law

By: *s/Matthew R. Aumann*
TIFFANY C. FISCHBACH (0083348)
Chief Assistant Director of Law
MATTHEW R. AUMANN (0093612)
Assistant Directors of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 441144
Tel:   (216) 664-2683
        (216) 664-2675
Fax:   (216) 664-2663
TFischbach@clevelandohio.gov
MAumann@clevelandohio.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify the above was filed electronically this 18th day of January, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Matthew R. Aumann*
MATTHEW AUMANN (0093612)
Assistant Director of Law

*One of the Attorneys for Defendants*