# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALFRED JOHNSON, ) | CASE NO. 1-23-CV-02193 |
| ) | |
| Plaintiff, ) | |
| v. ) | JUDGE JAMES S. GWIN |
| ) | |
| CITY OF CLEVELAND, *et al*., ) | Magistrate Judge Jennifer Dowdell |
| ) | Armstrong |
| Defendants. ) | |

## DEFENDANTS' RIGHT-TO-SUE REPORT

This Court ordered the Parties to separately file a report indicating whether Plaintiff Al Johnson has received a right-to-sue letter, and to do so within seven days of May 1, 2024. Defendants, through counsel, reviewed the EEOC portal today, May 2, 2024, and report that no right-to-sue letter has been issued.

        Respectfully submitted,

        MARK GRIFFIN (0064141)
        Director of Law

By: *s/Matthew R. Aumann*
     TIFFANY C. FISCHBACH (0083348)
     Chief Assistant Director of Law
     MATTHEW R. AUMANN (0093612)
     Assistant Directors of Law
     City of Cleveland, Department of Law
     601 Lakeside Avenue, Room 106
     Cleveland, Ohio 441144
     Tel:   (216) 664-2683
            (216) 664-2675
     Fax:  (216) 664-2663

TFischbach@clevelandohio.gov  
MAumann@clevelandohio.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify the above was filed electronically this 2nd of May, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Matthew R. Aumann*  
MATTHEW AUMANN (0093612)  
Assistant Director of Law

*One of the Attorneys for Defendants*